## UNITED STATES *versus* RICHARD SMYTH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Motion for continuance granted *p 463.

PAPERS IN FILE: (1) Indictment; (2) capias and return; (3) affidavit for continuance.

## UNITED STATES *versus* ROBERT, DIT TONTON, NAVARRE

JOURNAL ENTRIES (1815–18): *Journal 2:* (1) Continued *p. 463; (2) witnesses discharged, continued *p. 502; (3) continued *p. 595.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 30, c. 71; p. 38, c. 20.

## UNITED STATES *versus* BURGISS SQUIRE

JOURNAL ENTRIES (1815): *Journal 2:* (1) No bill found, prisoner discharged *p. 464.

PAPERS IN FILE: (1) Affidavit of Benjamin Woodworth; (2) affidavit of Joseph Vance.

## UNITED STATES *versus* SAMUEL LASHLEY

JOURNAL ENTRIES (1815): *Journal 2:* (1) No bill found, prisoner discharged *p. 464.

PAPERS IN FILE: (1) Affidavit of Richard Prickett; (2) bail bond.